JAMES BLUNDELL, PLAINTIFF IN ERROR, AND ELIZA HATRICK, DEFENDANT IN ERROR.

In error to the Supreme Court.

PER CURIAM.    The judgment of the Supreme Court is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, KNAPP, REED, SCUDDER, VAN SYCKEL, WOODHULL, CLEMENT, DODD, GREEN, LILLY, WALES.    13.

*For reversal*—None.